IN THE SUPREME COURT OF TEXAS

════════════

No. 07-0784

════════════

Harry Holmes, II, Independent Executor of the Estate of Thomas J. Holmes, Sr., Deceased and as Trustee of Any Trust Named as a Legatee in the Will of Thomas J. Holmes, Sr., Deceased, Petitioners,

v.

Douglas G. Beatty, Independent Executor of the Estate of Kathryn V. Holmes, Deceased, Respondent

════════════════════════════════════════════════════

On Petition for Review from the

Court of Appeals for the Fourteenth District of Texas

════════════════════════════════════════════════════

- consolidated with -

════════════

No. 07-0785

════════════

Harry Holmes, II, Independent Executor of the Estate of Thomas J. Holmes, Sr., Deceased and as Trustee of Any Trust Named as a Legatee in the Will of Thomas J. Holmes, Sr., Deceased, Petitioners,

v.

Douglas G. Beatty, Independent Executor of the Estate of Kathryn V. Holmes, Deceased, Respondent

════════════════════════════════════════════════════

On Petition for Review from the

Court of Appeals for the Fourteenth District of Texas

════════════════════════════════════════════════════

JUDGMENT

THE SUPREME COURT OF TEXAS, having heard this cause on petition for review from the Court of Appeals for the Fourteenth District, and having considered the appellate record, briefs, and counsels’ argument, concludes that the court of appeals’ judgment should be reversed in part and affirmed in part.

IT IS THEREFORE ORDERED, in accordance with the Court’s opinion, that:

1) That part of the court of appeals’ judgments with respect to the contents of the accounts held with Dain Rauscher, Inc., First Southwest Co., The Principal/Eppler, Guerin, & Turner, Inc., and the securities listed in the Summary Judgment and Amended Order on Douglas G. Beatty’s Amended Motion for Partial Summary Judgment and Harry Holmes, II’s Motion for Partial Summary Judgment and Supplemental Motion for Partial Summary Judgment is reversed and judgment is rendered that these assets, including the dividends, interest, and proceeds therefrom since the date of the death of Kathryn V. Holmes, are the property of Harry Holmes, II, Independent Executor of the Estate of Thomas J. Holmes, Sr., Deceased, as assets of the Estate, and the Estate of Kathryn V. Holmes has no interest therein;

2) The remainder of the court of appeals’ judgment is affirmed; and

3) Harry Holmes, II, independent executor of the estate of Thomas J. Holmes, Sr., deceased and as trustee of any trust named as a legatee in the will of Thomas J. Holmes, Sr., Deceased, shall recover, and Douglas G. Beatty, independent executor of the estate of Kathryn V. Holmes, shall pay, the costs incurred in this Court and in the court of appeals.

Copies of this Court’s judgment and opinion are certified to the Court of Appeals for the Fourteenth District and to the Probate Court No. 1 of Harris County, Texas, for observance.

Opinion of the Court delivered by Chief Justice Jefferson. 

June 26, 2009

**********